UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDELL N. YOAKUM,          ) | Case No. CV 08-07614 VAP-(JC) |
|                        Petitioner,   ) | JUDGMENT |
|          v.                               ) | |
| M. EVANS,                          ) | |
|                        Respondent.  ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 26, 2011

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE